DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NYKEE TYRELL GOLFIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1182

_____

February 18, 2026

Appeal from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.

PER CURIAM.

Nykee Tyrell Golfin appeals from the order revoking his probation and the resulting sentences. We affirm the order and sentences without comment. However, because Golfin did not admit to the violations but was found in violation following a contested evidentiary hearing, we

remand for the trial court to correct that scrivener's error.  *See Eskra v. State*, 399 So. 3d 1224, 1224 (Fla. 2d DCA 2024).

Affirmed and remanded.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.